# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146947

ROBERT KOSS, Personal Representative of the
Estate of JOYCE KOSS,
           Plaintiff-Appellant,

v                                                    SC: 146947
                                                     COA: 306884
                                                     Macomb CC: 2011-002677-NH
MOUNT CLEMENS REGIONAL MEDICAL
CENTER, DANIEL COZADD, D.O., RICHARD
REIDY, D.O., TREVOR KLIEBERT, D.O.,
JOHN DOE I, and JANE DOE I,
           Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the February 21, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013



d0617                                                    Clerk